| Attorney or Party Name, Address, Telephone No. & Email Address<br><br>Nathan Horowitz, Esq.<br>One Barker Avenue, 3d Floor<br>White Plains, NY 10601<br>nathan@nathanhorowitzlaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>==NOTE: THIS NOTICE IS ONLY FOR USE WHEN THE PLAN ITSELF PROPOSES TO VALUE COLLATERAL AND/OR AVOID LIENS== |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK -** *Name of* **DIVISION**

| In re:<br><br>ELIZABETH A. NORTHWAY<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 18-23694<br>CHAPTER: 13<br><br>**NOTICE OF CHAPTER 13 PLAN, MODIFICATION OF SECURED CLAIM(S), AND/OR LOSS MITIGATION** |
|---|---|

1. **NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

    a. The Debtor will seek approval of the attached chapter 13 plan at the confirmation hearing, which is set by the Court in a separate notice.

    b. To the lienholders listed on <u>Exhibit B</u>: The plan proposes to **modify your secured claims without a separate motion** or requests your **participation in the Court's Loss Mitigation Program**. The plan itself serves as that motion /request. Please note: (1) evidence (lien priorities, dollar amounts, etc.) must be attached to the copy of this notice served on you (<u>not</u> the copy served on everyone else), and (2) this notice and all exhibits must be served on you in compliance with Bankruptcy Rule 7004. If you wish to contest that modification of your lien then you must file a response (with any required evidence)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*      Page 1      **F 3015-1.02.NOTICE.341.LIEN.CNFRM**

by the deadline set by the Court in the notice of hearing on confirmation, and appear at any preliminary hearing.  At the initial confirmation hearing the judge may determine whether the proposed modification of your secured claim is permissible, or may set a continued hearing, which may be an evidentiary hearing if there are material undecided factual issues.

    c.    You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

**2. Hearing Locations:**
- ☐ One Bowling Green, New York, NY 10004-1408
- ☐ 355 Main Street, Poughkeepsie, NY 12601
- ☒ 300 Quarropas Street, Room 248 White Plains, NY 10601

**3. OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 13 plan, loss mitigation, or any provision of this plan, you must file a written objection with the court and serve a copy of it on the Debtor, the attorney for the Debtor, and the chapter 13 trustee before the deadline.  Unless you timely file a written objection to the plan and appear at the confirmation hearing, the court may treat your failure to do so as a forfeiture or waiver of your right to object to the plan, and may approve the plan.

**4. APPEARANCE BY THE DEBTOR AND THE ATTORNEY FOR THE DEBTOR IS REQUIRED AT THE FIRST CONFIRMATION HEARING.  The judge may excuse the Debtor's appearance thereafter.  Any unexcused failure by the Debtor to appear at the confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on being a Debtor in any bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g), or other remedies pursuant to applicable law.**

Date: April 25, 2019                      /s/ Nathan Horowitz
White Plains, NY 10601              Signature for Debtor or Attorney for Debtor
                                                       Nathan Horowitz, Esq.

                                                       Print name of law firm (if applicable)

**Attachments:**

**Exhibit A: copy of plan**

**Exhibit B: Lienholders** (the plan proposes to modify your secured claims <u>without</u> a separate motion)

**Exhibit C: Valuation evidence** (to be attached <u>only</u> to the copy of this notice served on affected lienholders)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*                             Page 2                       **F 3015-1.02.NOTICE.341.LIEN.CNFRM**

# EXHIBIT A
*(copy of plan)*

---
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*　　　　　　　　　　　　　　　　　Page 3　　　　　　　　**F 3015-1.02.NOTICE.341.LIEN.CNFRM**

# EXHIBIT B

*(This notice and Exhibit B are to be used only if the plan itself proposes to modify the rights of the following lienholders <u>without</u> a separate motion to value the collateral, avoid the lien, or pursue loss mitigation. Do not list federal government lienholders. Rule 3012.)*

**a. LIENHOLDER/SERVICER** (*list holder of this lien and servicer to the best knowledge of Debtor(s)*):
Lienholder/Servicer: JPMorgan Chase Bank, N.A.
☒ Real property collateral:
   Street address: 8J Dove Court, Croton, NY
   And/or legal description or document recording number (*including county of recording*):
   _____Co-Op Apartment_____
      ☒ See attached page for legal description of Property or document recording number.
☐ Other collateral (*add description such as judgment date, date of lien recording, book and page number*):
_____

**b. LIENHOLDER/SERVICER** (*list holder of this lien and servicer to the best knowledge of Debtor(s)*):
Lienholder/Servicer: _____
☐ Real property collateral:
   Street address: _____
   And/or legal description or document recording number (*including county of recording*):
   _____
      ☐ See attached page for legal description of Property or document recording number.
☐ Other collateral (*add description such as judgment date, date of lien recording, book and page number*):
_____

**c. LIENHOLDER/SERVICER** (*list holder of this lien and servicer to the best knowledge of Debtor(s)*):
Lienholder/Servicer: _____
☐ Real property collateral:
   Street address: _____
   And/or legal description or document recording number (*including county of recording*):
   _____
      ☐ See attached page for legal description of Property or document recording number.
☐ Other collateral (*add description such as judgment date, date of lien recording, book and page number*):
_____

☐ MORE LIENHOLDERS LISTED ON ATTACHED CONTINUATION PAGE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*      Page 4      **F 3015-1.02.NOTICE.341.LIEN.CNFRM**

**EXHIBIT C**
(Evidence: lien priorities, relevant dollar amounts, and collateral value such as an appraisal, etc.)
(*Attach this exhibit only to the copy of this notice that is served on the lienholders listed on Exhibit B*)

    NOT APPLICABLE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*  Page 5  **F 3015-1.02.NOTICE.341.LIEN.CNFRM**



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
One Barker Avenue, 3d Floor, White Plains, NY 10601

A true and correct copy of the document described as **NOTICE OF CHAPTER 13 PLAN AND MODIFICATION OF SECURED CLAIM(S)** will be served or was served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  April 25, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

| Via Certified Mail, Return Receipt | Via First Class Mail: |
|---|---|
| JPMorgan Chase Bank, N.A | Jason A. Cottrill |
| PRESIDENT / CFO | Bonial & Associates, P.C. |
| 700 Kansas Lane | PO Box 9013 |
| Mail Code LA4-555 | Addison, TX  75001 |
| Monroe, LA  71203 | |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April  25, 2019 | Nathan Horowitz, Esq | /s/Nathan Horowitz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Southern District of New York.

*12/2017*     Page 6     **F 3015-1.02.NOTICE.341.LIEN.CNFRM**